Rose Riggi, an Infant, by Felix J. Riggi, Her Guardian ad Litem, Respondent, *v.* Village of Le Roy, Appellant.

Felix J. Riggi, Respondent, *v.* Village of Le Roy, Appellant.

Argued October 13, 1950; decided October 20, 1950.

*Percy R. Smith* for appellant.

*John R. Graney* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.